```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

PHONG THANH TRAN                                         PETITIONER

VS.                                  CIVIL ACTION NO.  3:13cv822-DCB-MTP

ARCHIE LONGLEY                                           RESPONDENT

<u>ORDER</u>

    This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

    IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael Parker be, and the same is hereby adopted as the finding of this Court, and finds that the Petitioner's Petition for Writ of Habeas Corpus [1] should be denied. Respondent in this case can no longer provide the requested relief because Petitioner has been released from custody, and upon his release from prison the habeas petition presented became moot.

    A separate judgment will be entered herein in accordance with the Order and required by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED this the <u>  24th  </u> day of November, 2014.


                                              <u>  s/David Bramlette        </u>
                                              UNITED STATES DISTRICT JUDGE